UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

AMY MARIE STEVENS,

    Plaintiff,

v.

STRYKER CORPORATION, and
STRYKER SALES CORPORATION,

    Defendants.

Case No. 12-cv-063

---

## ORDER

Based on the notice of withdrawal of appearance filed by the defendants,

**IT IS HEREBY ORDERED** that Attorney Kevin R. Costello shall be removed from the Court docket as counsel for defendants.

Attorneys Josh Johanningmeier and Patricia L. Wheeler of Godfrey & Kahn, S.C. remain as counsel of record for Stryker. Attorney Nicholas A. Weiss of Sedgwick LLP remains as counsel of record for Stryker.

Dated: _Nov. 13_, 2012.

BY THE COURT:

_Barbara B. Crabb_
Hon. Barbara B. Crabb

8702279_1