UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

AMY MARIE STEVENS,

      Plaintiff,

v.

STRYKER CORPORATION, and
STRYKER SALES CORPORATION,

      Defendants.

Case No. 3:12-cv-00063-bbc

## ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

Based on the foregoing stipulation, IT IS HEREBY ORDERED that Defendants Stryker Corporation and Stryker Sales Corporation are dismissed from this case with prejudice. As agreed to by the parties, each party shall bear their own costs of this action.

Dated: October 17, 2013

BY THE COURT:

_Barbara B. Crabb_
Judge Barbara B. Crabb

10281166.1